

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the February 28, 2019 order terminating appellant Mom's parental rights, Appellant's brief was due to be filed with this court on August 19, 2019. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a motion for a four-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant Mom's brief is due on August 23, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court